

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-18-00229-CV

---

LISA MICHELLE PEPPER, Appellant

V.

KRAIG ROBERT PEPPER, Appellee

---

On Appeal from the 322nd District Court
Tarrant County, Texas
Trial Court No. 360-579319-15

---

Before Pittman, J.; Sudderth, C.J.; and Birdwell, J.
Per Curiam

## MEMORANDUM OPINION[1] AND JUDGMENT

On August 17, 2018, we notified appellant that the trial court clerk responsible for preparing the record in this appeal informed the court that payment arrangements had not been made to pay for the clerk's record as required by Texas Rule of Appellate Procedure 35.3(a)(2). *See* Tex. R. App. P. 35.3(a)(2). We stated that we would dismiss the appeal for want of prosecution unless appellant, within ten days, made arrangements to pay for the clerk's record and provided this court with proof of payment.

Because appellant has not made payment arrangements for the clerk's record, it is the opinion of the court that the appeal should be dismissed for want of prosecution. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 37.3(b), 42.3(b).

Appellant shall pay all costs of the appeal, for which let execution issue.


Per Curiam

Delivered: September 13, 2018

---

[1]*See* Tex. R. App. P. 47.4.

2